79,597-03

ROY DEAN RIVERS JR.

TDCJ-ID #1503286

V.

LOREN JACKSON COUNTY DISTRICT CLERK

IN HER/HIS OFFICIAL CAPACITY
              RESPONDENT

§
§
§
§
§
§
§
§
§
§
§
§

IN THE 185th JUDICIAL

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 10 2015

Abel Acosta, Clerk

DISTRICT COURT OF

HARRIS COUNTY, TEXAS

A. PLAINTIFF'S ORIGINAL APPLICATION FOR WRIT OF MANDAMUS

TO THE HONORABLE JUDGE OF SAID COURT: 185th DISTRICT COURT

This document contains some pages that are of poor quality at the time of imaging.

COMES NOW ROY DEAN RIVERS JR., RELATOR, PRO SE IN THE ABOVE-STYLED AND NUMBERED CAUSE OF ACTION AND FILES THIS ORIGINAL APPLICATION FOR WRIT OF MANDAMUS, PURSUANT TO ARTICLE 11.07 SECTION 3(c) OF THE TEXAS CODE OF CRIMINAL PROCEDURE, AND WOULD SHOW THE COURT THE FOLLOWING:

B. RELATOR                           I.

1.01 ROY DEAN RIVERS JR., TDCJ #1503286 IS AND OFFENDER INCARCERATED IN THE TEXAS DE-PARMENT OF CRIMINAL JUSTICE AND IS APPEARING PRO SE, WHO CAN BE LOCATED AT 899 FM 632, KARNES, TEXAS 78119

1.02 RELATOR HAS EXHAUSTED HIS REMEDIES AND HAS NO OTHER ADEQUATE REMEDY AT LAW.

1.03 THE ACT SOUGHT TO BE COMPELLED IS MINISTERIAL, NOT DISCRETIONARY IN NATURE. TCCP ART. 11.07 SECTION 3(c) REQUIRES RESPONDENT TO IMMEDIATELY TRANSMIT TO THE COURT OF CRIMINAL APPEALS A COPY OF THE APPLICATION FOR WRIT OF HABEAS CORPUS, ANY AN-SWERS FILED, AND A CERTIFICATE RECITING THE DATE UPON WHICH THE FINDING WAS MADE, IF THE COVICTING COURT DECIDES THAT THERE ARE NO ISSUES TO BE RESOLVED. NO COPY OF APPLICATION FOR WRIT OF HABEAS CORPUS, ANY ANSWERS FILED, AND A CERTIFICATE RE-CITING THE DATE UPON WHICH THAT FINDING WAS MADE HAVE BEEN TRANSMITTED TO THE COURT OF CRIMINAL APPEALS BY RESPONDENT AS REQUIRED BY STATUTE, RELATOR WOULD HAVE RECIEVED NOTICE FROM COURT OF CRIMINAL APPEALS.

C. RESPONDENT                        II.

2.01 RESPONDENT, LOREN JACKSON IN HER/HIS CAPACITY AS DISTRICT CLERK OF HARRIS COUNTY, TEXAS HAS MINISTERIAL DUTY TO RECIEVE AND FILE ALL PAPERS IN A CRIMINAL PROCEE-DING, AND PERFORM ALL OTHER DUTIES IMPOSED ON THE CLERK BY LAW PURSUANT TO TCCP ART. 2.21, AND IS RESPONSIBLE UNDER TCCP 11.07 SEC. 3(c) TO IMMEDIATELY TRANSMIT TO THE COURT OF CRIMINAL APPEALS A COPY OF THE APPLICATION FOR WRIT OF HABEAS CORPUS, ANY ANSWERS FILED, AND A CERTIFICATE RECITING THE DATE UPON WHICH THAT

FINDING WAS MADE IF CONVICTING COURT DECIDES THAT THERE ARE NO ISSUES TO BE RESOLVED. LOREN JACKSON, DISTRICT CLERK HARRIS COUNTY BE SEREVED AT HER/HIS PLACE OF BUSINESS AT P.O. BOX 4651, HOUSTON, TEXAS 77210-4651.

III.

D. VIOLATION OF ARTICLE 11.07 OF THE TEXAS CODE OF CRIMINAL PROCEDURE

3.01 THE RESPONDENT VIOLATED ARTICLE 11.07 SEC.3(c) OF THE TEXAS CODE OF CRIMINAL PROCEDURE BY FAILING TO PROVIDE A COPY OF THE APPLICATION FOR WRIT OF HABEAS CORPUS, ANY ANSWERS FILED, AND A CERTIFICATE RECITING THE DATE UPON WHICH THAT FINDING WAS MADE TO THE COURT OF CRIMINAL APPEALS WITHIN THE TIME PRESCRIBED BY LAW AND WITHIN A REASONABLE TIME FROM THE DATE ON WHICH THE DOCUMENTS WERE REQUESTED TO BE TRANSMITTED.

3.02 REQUESTS FOR TRANSMITTAL OF THE APPLICATION FOR WRIT OF HABEAS CORPUS, ANY ANSWERS FILED, AND A CERTIFICATE RECITING THE DATE UPON WHICH THAT FINDING WAS MADE WERE MADE BY RELATOR TO LOREN JACKSON, CHRIS DANIEL, HONORABLE SUSAN BROWN, DISTRICT CLERK, HARRIS COUNTY, BY MAILED LETTERS DATED, 1-5-11, 3-24-11, 4-21-11, 5-25-11, ...; PURSUANT TO ARTICLE 11.07 SEC. 3(c) OF THE ABOVE LETTERS ARE ATTACHED HERETO AS EXHIBITS "A" THROUGH "D" AND ARE INCORPORATED BY REFERENCE HEREIN FOR ALL PURPOSES.

3.03 TO DATE, RELATOR HAS RECIEVED HAS RECIEVED NO RESPONSE FROM RESPONDENT REGARDING RELATOR'S REQUEST FOR TRANSMITTAL OF COPY OF THE APPLICATION FOR WRIT OF HABEAS CORPUS, ANY ANSWERS FILED, AND A CERTIFICATE RECITING THE DATE UPON WHICH THAT FINDING WAS MADE TO THE COURT OF CRIMINAL APPEALS.

3.04 AS IS CLEAR FROM RELATOR'S LETTERS, RELATOR HAS REPEATEDLY PUT RESPONDENT ON NOTICE THAT RELATOR SEEKS THE TRANSMITTAL OF A COPY OF THE APPLICATION FOR WRIT OF HABEAS CORPUS, ANY ANSWERS FILED, AND A CERTIFICATE RECITING THE DATE UPON WHICH THAT FINDING WAS MADE TO THE COURT OF CRINIMAL APPEALS TO ACT ON RELATOR'S WRIT OF HABEAS CORPUS. RELATOR HAS GONE WELL BEYOND ANY REQUIREMENT OR OBLIGATIONS IMPOSED UPON HIM BY THE TEXAS CODE OF CRIMINAL PROCEDURE. IN CONTRAST TO RELATOR'S EFFORTS, RESPONDENT HAS WHOLLY FAILED TO COMPLY WITH THE TEXAS CODE OF CRIMINAL PROCEDURE, ART.11.07 SEC. 3(c), IS ACTING IN BAD FAITH, AND HAS ALSO FAILED TO AFFORD RELATOR TO HIS CORRESPONDENCE AND REQUESTS.

3.05 ARTICLE 11.07 SEC.3(c) CLEARLY STATES THAT "(I)F THE CONVICTING COURT DECIDES THAT THEER ARE NO SUCH ISSUES, **THE CLERK SHALL IMMEDIATELY TRANSMIR** (EMPHASIS ADDED) TO THE COURT OF CRIMINAL APPEALS A COPY OF THE APPLICATION, ANY ANSWERS FILED, AND A CERTIFICATE RECITING THE DATE UPON WHICH THAT FINDING WAS MADE. FAILURE OF THE

COURT TO ACT WITHIN THE ALLOWED 20 DAYS SHALL CONSTITUTE SUCH A FINDING."TEXAS CODE OF CRIMINAL PROCEDURE ART.11.07 SEC.3(c).RESPONDENT IS IN VIOLATION OF THIS PROCEDURE,MINISTERIAL DUTIES,AND THUS THE LAWS OF THIS STATE.

IV.

D. PRAYER FOR RELIEF

WHEREFORE,PREMISES CONSIDERED,RELATOR,ROY DEAN RIVERS JR. PRO SE,RESPECTFULLY REQUESTS A FINDING THAT THE RESPONDENT DID NOT TRANSMIT DOCUMENTS TO THE COURT OF CRIMINAL APPEALS WITHIN A REASONABLE TIME AFTER THE DATE THEY WERE REQUESTED AND THAT RELATOR BROUGHT THIS LITIGATION IN GOOD FAITH AND HAS SUBSTANTIALLY PREVAILED.RELATOR PRAYS FOR AND ORDER DIRECTING RESPONDENT TO TRANSMIT COPY OF APPLICATION FOR WRIT OF HABEAS CORPUS,ANY ANSWERS FILED,AND A CERTIFICATE RECITING THE DATE UPON WHICH THAT FINDING WAS MADE TO THE COURT OF CRIMINAL APPEALS AS DIRECTED IN ARTICLE 11.07 SEC.3(c) OF TEXAS CODE OF CRIMINAL PROCEDURE AND AS REQUESTED IN RELATOR'S LETTERS (EXHIBITS"A"THROUGH"D").

RESPECTFULLY SUBMITTED,

BY:

THE STATE OF TEXAS                              §
COUNTY OF HARRIS                                §
                                                §
                                                §
                                                §
                                                §

E. AFFIDAVIT

   I SWEAR UNDER OATH THAT THE FACTS AND ALLEGATIONS IN THE ABOVE APPLICATION FOR
WRIT OF MANDAMUS ARE TRUE AND CORRECT.

                                          _____
                                          RELATOR

SIGNED UNDER OATH BEFORE ME. ON THIS THE _____ DAY OF _____ , 20 _____

                              _____
                              NOTARY PUBLIC IN AND FOR THE STATE OF TEXAS

                              _____
                              PRINTED OR TYPED NAME
                              MY COMMISSION EXPIRES _____

F. CERTIFICATE OF SERVICE

   I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE APPLICATION FOR WRIT OF MANDAMUS
WAS SERVED ON _June 8, 2015_____ BY PLACING A COPY IN THE U.S. MAIL
ADDRESSED TO : _Court Of Criminal Appeals Of Texas, P.O. Box 12308 - Capitol Station, Austine, Tx._
ON THIS THE ____8th____ DAY OF _June_ 20 _15_ .                              _78711_

                                          _____
                                          RELATOR

CAUSE NO 1125639-A

| | | |
|---|---|---|
| ROY DEAN RIVERS JR. | § | IN THE 185th JUDICIAL |
| TDCJ-ID #1503286 | § | |
| V. | § | DISTRICT COURT OF |
| LOREN JACKSON COUNTY DISTRICT CLERK | § | |
| IN HER/HIS OFFICIAL CAPACITY, | § | HARRIS COUNTY,TEXAS |
| RESPONDENT | § | |
| | § | |
| | § | |

## ORDER

ON THIS DAY,CAME ON TO BE HEARD THE FOREGOING,RELATOR'S APPLICATION FOR WRIT OF MANDAMUS AND IT APPEARS TO THE COURT THAT THE SAME SHOULD BE:

_____ GRANTED


IT IS **THEREFORE ORDERED THAT** THE DISTRICT CLERK SHALL IMMEDIATELY TRANSMIT TO THE COURT OF CRIMINAL APPEALS A COPY OF THE APPLICATION FOR WRIT OF HABEAS CORPUS,ANY ANSWERS FILED AND A CERTIFICATE RECITING THE DATE UPON WHICH THAT TRANSMITTAL WAS MADE

SIGNED ON THIS THE _____ DAY OF _____ 20_____


_____
PRESIDING JUDGE

Exhibit "A"

1-5-11

Roy Dean Rivers Jr.
T.D.C.J. #1503286
Wayne Scott Unit
6999 Retrieve Rd.
Angleton, Tx. 77515

RE. Cause #1125639-A, #1125639-B
185th District Court

Dear Ms. Loren Jackson,

I am writting to you on the concern of my "Status" on Cause #125639-A and Cause #125639-B. Cause #125639-A was filed on 7-12-10 and Cause #125639-B was filed on 9-13-10 for Writ of Habeas Corpus. So could you please get back with me on what's up with the Status of these two cause number that I'm requesting about up above in this letter of concern here.

Thank you for your help on this matter here.

Respectfully Requested,

Roy Dean Rivers Jr.
#1503286
Wayne Scott Unit
6999 Retrieve Rd.
Angleton, Tx. 77515

Exhibit "B"

Roy Dean Rivers Jr.
T.D.C.J. #1503286
Darring Unit
59 Darring Road
Rosharon, Tx. 77583

3-24-11

RE. Cause #1125639-A, #1125639-B
185th District Court

Dear Ms. Loren Jackson,

This letter is in the concern of two (2) issues on regarding about my Writ Of Habeas Corpus 11.07:

1) Is a notification to the 185th District Court Clerk of my (new) address change:

Roy Dean Rives Jr.
T.D.C.J. #1503286
Darrington Unit
59 Darrington Road
Rosharon, Tx. 77583

2) Whether the applicant's trail court (185th) have resolve the issues on entering a finding of fact pursuant to Article 11.07, §3(d) in the pursuant of cause #1125639-A and cause #1125639-B

Respectfully submitted,
Roy Dean Rivers Jr.

Exhibit "C"

Roy Dean Rivers Jr.
T.D.C.J. #1503286
Darrington Unit
59 Darrington Road
Rosharon, Tx. 77583

4-21-11

RE. Cause #1125639-A, #1125639-B
185th District Court

Dear. Honorable M: Susan Brown,

I. have (2) issues at concern, that deals with the concerning of the Post Conviction Writ (Writ Of Habeaus Corpus - 11.07).

1) On July 22, 2010 - you signed off on "The State's Proposed Order Disignating Issue And Order For Filing Affidavit" in cause #1125639-A, pursuant to my appeal counsel Mr. Kenneth E. McCoy.

2) On Sept. 29, 2010 - you also signed off on the State's Proposed Order Disignating Issues in cause #1125639-B, pursuant to Writ Of Habeaus Corpus 11.07 3(d) - in enter finding of facts.

So my concern at issue here, is I would like to know have you submitted youre rulings on either of the Writs (11.07) cause numbers that I'm requesting about up above, which it's been over __ months on both issues ___ ___

Respectfully Submitted, ___

Roy Dean Rivers Jr.                                    5-25-11
T.D.C.J. #1503286
Darrington Unit
59 Darrington Road
Rosharon, Tx. 77583

          R.E. Cause°#1125639-A, #1125639-B
     Trail Court: 185ᵗʰ District Court

Dear Sir or Madam, (District Clerk)

     I am writing in the concern of my Writs Of Habeaus
Corpus -11.07, in the (2) cause numbers up above.

     1) On July 22, 2010 - the Honorable Judge Ms. Susan Brown
of the 185ᵗʰ Court signed off on "The State's Proposed Order
Disignating Issue and Order For Filing Affidavit", in cause #
1125639-A.
     2) On Sept. 29, 2010 - Honorable Judge Ms. Susan Brown also
signed off on the "State's Proposed Order Disignating Issues, in
cause #1125639-B.

     So my concern at issue here, is have there been a ruling on
either of these (2) two 11.07 Writs - I refering to above. In case a
ruling has not been made, I request that the District Clerk's office
and County will comply with Article 11.07 by forwarding the application
to the Court Of Appeals in Austin, Tx....

                         Respectfully Submitted,

                         Roy Dean Rivers Jr. #1503286

copy 1 of 2